In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-098 CV


____________________



IN RE ROYCE EUGENE MITCHELL JR.






Original Proceeding






MEMORANDUM OPINION (1)


 Royce Eugene Mitchell Jr., an individual under indictment in Cause No. 93452, seeks a
writ of mandamus to compel the trial judge to either recuse himself from the case or refer
Mitchell's motion to recuse to the administrative judge. On April 27, 2005, we received a
certified copy of the presiding administrative judge's order denying the motion to recuse. It
appears the trial court fulfilled its duty by referring the case to the administrative judge. See Tex.
R. Civ. P. 18a(d); Arnold v. State, 853 S.W.2d 543, 544 (Tex. Crim. App. 1993). The petition
for writ of mandamus is denied.

 WRIT DENIED. 

 PER CURIAM



Opinion Delivered May 5, 2005 

Before Gaultney, Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.